1    **WO**

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8

9    Janice L. Lutz,                          )    No.  CV-12-2487-PHX-LOA
                                              )
10              Plaintiff,                     )    **ORDER**
                                              )
11                                            )
         v.                                   )
12                                            )
                                              )
13   Carolyn W. Colvin, Acting Commissioner   )
     of Social Security Administration,       )
14                                            )
                                              )
15              Defendant.                     )
                                              )
16   _____ )

17

18           This case arises on the parties' Joint Stipulation to Attorney Fees Under the

19   Equal Access to Justice Act, requesting an order approving a stipulated amount of

20   attorney's fees to Plaintiff under the Equal Access to Justice Act ("EAJA"), 28 U.S.C.

21   § 2412(d). (Doc. 35)  The stipulated amount of $7,500.00 represents compensation for

22   all legal services rendered on behalf of Plaintiff by her counsel in connection with this

23   Social Security action, in accordance with 28 U.S.C. §§ 1920, 2412(d). (*Id*.)

24           This award is without prejudice to Plaintiff's right to seek attorney fees under

25   section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset

26   provisions of the EAJA. However, this award shall constitute a complete release from

27   and bar to any and all claims Plaintiff may have relating to EAJA fees and expenses in

28   connection with this action. Further, such award shall not be used as precedent in any

                                          -1-

1   future cases, nor be construed as a concession by the Commissioner that the original

2   administrative decision denying benefits to Plaintiff was not substantially justified.

3          Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by

4   this Court belong to the Plaintiff and are subject to offset under the Treasury Offset

5   Program, 31 U.S.C. § 3716(c)(3)(B) (2006). The Court orders that the EAJA fees be

6   paid to Plaintiff and delivered to Plaintiff at the following address:

7              Janice Lutz
               910 North Center, Apt. 17
8              Mesa, AZ 85201
9

10         Based upon the parties' Stipulation for Award of EAJA Fees, doc. 35, and good

11  cause appearing,

12         **IT IS ORDERED** that the parties' Stipulation for Award of EAJA Fees, doc.

13  35, is **GRANTED**. EAJA fees are hereby awarded to Plaintiff in the amount of Seven

14  Thousand Five Hundred  Dollars and 00/100 ($7,500.00) subject to the terms of the

15  parties' stipulation.

16         **IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees

17  Pursuant to The Equal Access to Justice Act, doc. 32, is **DENIED** as moot.

18         Dated this 12th day of June, 2014.

19

20

21                                          Lawrence O. Anderson
                                            United States Magistrate Judge
22

23

24

25

26

27

28